# United States Court of Appeals

### For the Eighth Circuit

_____

No. 16-1349

_____

Rudy Ronaldo Martinez-Diaz

*Petitioner*

v.

Loretta E. Lynch, Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: December 22, 2016
Filed: December 28, 2016
[Unpublished]

_____

Before SMITH, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Guatemalan citizen Rudy Ronaldo Martinez-Diaz petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from the decision

of an immigration judge (IJ) denying him withholding of removal.[1]  After careful consideration, we conclude that substantial evidence supports the decision.  See De Castro-Gutierrez v. Holder, 713 F.3d 375, 379-82 (8th Cir. 2013).  The petition for review is denied.  See 8th Cir. R. 47B.

———————————————————

[1]The IJ also denied asylum and protection under the Convention Against Torture, but those rulings are not before this court.  See Chay-Velasquez v. Ashcroft, 367 F.3d 751, 756 (8th Cir. 2004).